# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| KHARAN BELGRAVE, | : |
| Plaintiff | : |
| v. | : CASE NO.: 1:13-CV-151 (WLS) |
| CHILL BAR & LOUNGE, | : |
| Defendant. | : |

## ORDER

On September 27, 2013, the Court granted Plaintiff Kharan Belgrave's Motion to Proceed *In Forma Pauperis* and ordered him to submit an amended complaint by October 11, 2013 setting forth factual allegations to establish his claims for relief and the Court's subject matter jurisdiction. The deadline for Belgrave to submit his amended complaint has passed, and he has not submitted an amended complaint. Because the Court's subject matter jurisdiction is not evident from the Complaint and the Court is unaware of basis for its jurisdiction, Belgrave's complaint must be, and now is, **DISMISSED** without prejudice. *See Travaglio v. American Express Co.*, No. 11-15292, 2013 WL 4406389, at *2 (11th Cir. Aug. 19, 2013) (requiring complaint to set forth allegations establishing subject matter jurisdiction).

**SO ORDERED**, this   25th   day of October, 2013.

  /s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**

1